UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:

                                                    Chapter 13
PAMELA RODGERS                                      Case No.: 1-11-40177-608

                    Debtor(s)
------------------------------------------------------X     <u>OPPOSITION</u>
                                                            <u>REPLY TO NOTICE OF</u>
                                                            <u>MOTION</u>
TO THE HONORABLE CARLA E. CRAIG, UNITED STATES BANKRUPTCY JUDGE:

        PAMELA RODGERS, chapter 13 Debtor respectfully represents as follows:

        1. Mr. Macco the Trustee of my Chapter 13 case filed a notice of motion to dismiss my
case for the following reasons:

        2. He claims that I have failed to submit any monthly pre-confirmation payments to the
Trustee. I have given Mr. Peter Corey a cashier's check for the amount of $5,333.33 at the 341
meeting. I am submitting a copy of the cashier's check as **Exhibit A**.

        3. In addition, he also claims that I failed to provide the Trustee with copies of pay
statements from my employer for a sixty (60) day period. Furthermore he claims that I failed to
provide copies of the previous year's State and Federal Tax Returns. On February 16, 2011 at the
341 meeting I submitted both State and Federal Income Tax Returns for years 2009 and 2010. I
also filed, on January 19, 2011, my paystubs for the last sixty (60) days. All copies were mailed
and faxed to Mr. Macco. See **Exhibit B**.

        4. Moreover, the Trustee claims that I failed to attend the 341 meeting of creditors on
February 16, 2011 at 10:00 am. I attended the meeting on February 16, 2011 at 10:00 am
and met with Mr. Peter Corey the assistant to Mr. Macco, at which time he adjourned the case to
March 17, 2011 at 11:00 am. However, at that meeting he requested additional documents which
required that all documents must be received by Mr. Macco before March 2, 2011. I am
submitting the letter that was given to me at the 341 meeting by Mr. Corey, stating that I was
given an adjournment until March 17, 2011 and giving time to submit the additional documents
before March 2, 2011. On February 28, 2011 I faxed all the required documents to Mr. Macco
See **Exhibit C**.

        5. I am opposing his motion to dismiss my Chapter 13 case because Mr. Macco submitted
his motion on February 24, 2011 and at that time I was given an adjournment until March 17,
2011 at 11:00 am. In addition, I was give more time to submit more required documents before
March 2, 2011. Mr. Macco has no grounds for filing his motion before the time I was given to
comply with all his requirements.

**WHEREFORE,** the Debtor respectfully requests that this Court deny Mr. Macco's notice of motion and further relief as the Court deems just and proper.


Dated: Brooklyn, NY
      March 22, 2011


Pamela Rodgers

*Pamela Rodgers*

33 Vanderbilt Ave.
Brooklyn, NY 11205

# CHASE 

Keep this receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY
## CASHIER'S CHECK

**Customer Copy**

9809604832

Remitter   PAMELA A RODGERS

03/01/2011

New York

Drawer:   JPMORGAN CHASE BANK, N.A.

**Pay To The Order Of**   MICHAEL J. MACCO AS TRUSTEE

$  **********5,333.33  ***

## NON NEGOTIABLE

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

```
                    ┌─────────────────────────────────────┐
                    │  TRANSMISSION VERIFICATION REPORT    │
                    └─────────────────────────────────────┘

                                    TIME  : 02/28/2011 17:17
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROG9J952943

    ┌──────────────────────────────────────────────────────────────────────┐
    │   DATE,TIME              02/28  17:09                                   │
    │   FAX NO./NAME           16315497845                                    │
    │   DURATION               00:08:19                                       │
    │   PAGE(S)                37                                             │
    │   RESULT                 OK                                             │
    │   MODE                   STANDARD                                       │
    │                          ECM                                           │
    └──────────────────────────────────────────────────────────────────────┘
```

## The City of New York — EMPLOYEE PAY STATEMENT — Payroll Management System

**Statement 1**

| ITEM # | PAY PERIOD | | PAY DATE | PAYROLL # | WORK LOC | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| 005327 | 01/01/11 | 01/15/11 | 01/14/11 | 742 | 9999 Q | 41326155 | 25K298 |

PERSON # 875356 — ELECTRONIC FUNDS TRANSFER INFORMATION — BANK ABA NUMBER
REFERENCE #: 1 B 03 B 03 0819802 1

EMPLOYEE NAME: RODGERS PAMELA A

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2912.54 | 269.61 | 122.33 | 42.23 | 153.07 | 89.88 | | 813.24 |
| YEAR TO DATE | 2912.54 | 269.61 | 122.33 | 42.23 | 153.07 | 89.88 | | NET PAY: |

REGULAR PAY ... 2912.54

LEAVE BALANCE AS OF: 01/01/11 2099.30

**MESSAGES:** TREECYCLE ON 1/8 & 9 – NYC.GOV/PARKS

OTHER ITEMIZED DEDUCTIONS:
TRS 414H STD 87.38
G-CBP/BC EE
G-CBP EMPE
UFT –U 48.74

REVISED 1-10

---

## The City of New York — EMPLOYEE PAY STATEMENT — Payroll Management System

**Statement 2**

| ITEM # | PAY PERIOD | | PAY DATE | PAYROLL # | WORK LOC | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| 006493 | 12/16/10 | 12/31/10 | 12/30/10 | 742 | 9999 Q | 41317842 | 25K298 |

PERSON # 875356 — ELECTRONIC FUNDS TRANSFER INFORMATION — BANK ABA NUMBER
REFERENCE #: 1 B 03 B 03 0819802 1

EMPLOYEE NAME: RODGERS PAMELA A

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2912.54 | 247.00 | 180.57 | 42.23 | 153.07 | 89.88 | | 848.87 |
| YEAR TO DATE | 69234.50 | 5831.04 | 4292.53 | 1003.90 | 3628.08 | 2130.40 | | NET PAY: |

REGULAR PAY ... 2912.54

LEAVE BALANCE AS OF: 12/17/10 2063.67

**MESSAGES:** SAVE ON TRANSIT! WWW.GETWAGEWORKS.COM/NYC

OTHER ITEMIZED DEDUCTIONS:
TRS 414H STD 87.38
G-CBP/BC EE
G-CBP EMPE
UFT –U 48.74

REVISED 1-10

---

## The City of New York — EMPLOYEE PAY STATEMENT — Payroll Management System

**Statement 3**

| ITEM # | PAY PERIOD | | PAY DATE | PAYROLL # | WORK LOC | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| 005561 | 12/01/10 | 12/15/10 | 12/15/10 | 742 | 9999 Q | 41297301 | 25K298 |

PERSON # 875356 — ELECTRONIC FUNDS TRANSFER INFORMATION — BANK ABA NUMBER
REFERENCE #: 1 B 03 B 03 0819802 1

EMPLOYEE NAME: RODGERS PAMELA A

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2912.54 | 247.00 | 180.58 | 42.23 | 153.07 | 89.88 | | 848.88 |
| YEAR TO DATE | 66321.86 | 5584.04 | 4111.96 | 961.67 | 3475.01 | 2040.52 | | NET PAY: |

REGULAR PAY ... 2912.54

LEAVE BALANCE AS OF: 12/02/10 2063.66

**MESSAGES:** HELP THE HOPE HOMELESS COUNT–NYC.GOV/DHS

OTHER ITEMIZED DEDUCTIONS:
TRS 414H STD 87.38
G-CBP/BC EE
G-CBP EMPE
UFT –U 48.74

REVISED 1-10

(Debtor)

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2011 JAN 19 P 2: 25

RECEIVED

1/28/11

**MICHAEL J. MACCO**
CHAPTER 13 TRUSTEE
135 Pinelawn Road
Suite 120 South
Melville, NY 11747

Name Pamela Rodgres

Date Filed: 1/12/11

Case No 111-40177

341 Date   2/16/11

=====================================

**YOUR REQUIRED DOCUMENTS MUST
BE RECEIVED BY MICHAEL MACCO
BEFORE** _____3/2/11_____ .

=====================================

Received by:
Debtor's attorney _____

Debtor(s)_____

_____

Creditor _____

☑ Paystub for recent pay period (including an explanation of any payroll deduction) ____
☑ Personal State and Federal Tax Returns for _2009 & 2010_____
☑ Written appraisal for property ____
☑ Lease agreement or an affidavit from your tenant (stating the dollar rental amount) ____
☑ Affidavit of Contribution (include pay stub, work address & dollar amount of contribution) ____
☐ Corporate State and Federal Tax Returns for _____
☐ List of Business assets and their fair market value
☐ Operating Report (with bank statements and proof of tax deposits)
☑ Amended Chapter 13 Plan
   ☐ amend to state that revesting of real property upon completion of plan payments or dismissal
   ☐ amend to state minimum percentage to be paid to unsecured creditors
   ☐ amend to state in addition to monthly payments "all tax refunds received by the debtor(s) during
   the life of Plan will be turned over to Trustee for distribution to creditors".
   ☐ amend to pay all filed claims
   ☐ amend to pledge all proceeds of personal injury litigation
   ☑ other changes to plan _____
☐ Amended Schedules
   ☐ amend schedules I & J
   ☐ amend statement of financial affairs
   ☐ amend to add creditor(s)
   ☐ A written assignment of debtor's personal injury action acknowledged by personal injury attorney
   ☐ other changes to schedules _____
☑ Utility bills for the month of _____ including gas/oil, water, telephone, electric, cable
☑ Other Documents _____
_____
_____

☑ Provide documents set forth in Local Bankruptcy Rule 2003-1

3/2/11

**Your failure to provide the above documents to the Chapter 13 Trustee on or before
may result in the dismissal of your case. Please include your CASE NUMBER on all money orders and documents.**