UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re: Pamela Rodgers

Case No. 11-40177-cec
Chapter: 13

Debtor(s)
-----------------------------------------------------------------x

### AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

Pamela Rodgers, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter 13 of the Bankruptcy Code on 1-11-40177-cec.

2. Filed herewith is an amendment to Chapter 13 Plan, Form 22C, Summary, Summary of Schedule, Form [indicate list(s), /schedule(s) or statement(s) being amended] previously filed herein. Summary A, B, D, G, I, J

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. [*If creditor records have been added or deleted, or mailing addresses corrected*] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: 3/24/11

(Signature of Debtor)
Pamela Rodgers

Sworn to before me this 24th
day of March, 201_.

Notary Public, State of New York

SYED T. SHAH
Notary Public, State of New York
No. 01SH6072696
Qualified in Kings County
Commission Expires April 08, 2014

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

USBC-63
Rev. 12/1/09

**In re: Pamela Rodgers**  Case No. 1-11-40177-cec

# A Listing Setting Forth the Specific Additions or Corrections to, or Deletions from, the Affected List(s), Schedule(s) or Statement(s)

## Amended Schedules

**Schedule A- REAL PROPERTY**

1. **Description and Location of Property** was added- 33 Vanderbilt Ave. Brooklyn, NY 11205.

2. **Current Value of Debtor's Interest in Property, without Deducting Any Secured Claim or Exemption** was added- $710,000.00 for 33 Vanderbilt Ave. Brooklyn, NY 11205. The current value for 570 Westminster Rd. #B7 Brooklyn, NY 11230 was changed to from $340,000.00 to $375,000.00.

3. **Amount of Secured Claim** was added-$400,000.00 plus interest and back payments.

4. **The Total** was changed to $1,085,000.00.

**Schedule B- PERSONAL PROPERTY**

1. **Description and Location of Property**- Changed the checking and saving account figures. Change household goods and furnishings figure, furs and jewelry.

2. **The Total** was changed to $175,000.00.

**Schedule D- CREDITORS HOLDINGS SECURED CLAIMS**

1. **Description and Value of Property Subject to Lien** – changed to $710,000.00.

2. **Creditor's Name and Mailing Address, Zip Code**- Added Nachadim Corp. 291 Martin Ave. Staten Island, NY 10314, added myself as a cosigner on this mortgage for 1172 Fulton St., Brooklyn, NY 11216.

3. **The Total** was changed to $400,000.00 plus interest and back payments.

**Schedule G- EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

1. **Name and Mailing Address of Other Parties to Lease or Contract**- All leases and property located at 245 West 134 St. NY, NY 10036 were eliminated.

## Schedule I- CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

1. Less Payroll Deductions (c.) Union dues added to $20.00,
   Subtotal of Payroll Deductions (a.) Total changed to $681.74

2. Changed income from real property

3. Subtotals from Lines 7 through 13 changed.

4. Average Monthly Income changed

5. Combined monthly income changed.

## Schedule J- CURRENT EXPENDITURES OF INDIVIDUALS DEBTORR(S)

1. Some figures changed.

**Summary of Schedules**

1. Real Property, Personal Property figures changed.

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. 159)

1. The average income changed.

## CHANGED 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

## PART I- REPORT OF INCOME

1. (4c) Rent and other real property income – changed figures.

## PART II- CALCULATION OF 1325(B)(4) COMMITMENT PERIOD
## PART III- APPLICATION OF 1325 (b)(3) FOR DETERMING DISPOSABLE INCOME
## PART IV- CALCULATION OF DEDUCTION FROM INCOME
**PART V.-VI. , Subparts A, B, C, D** – All figures were changed.

**CHAPTER 13 PLAN-** has been changed.



B6 Summary (Official Form 6 - Summary) (12/07)

AMENDED

# United States Bankruptcy Court

In re  Pamela Rdogers                ,           Case No.  1-11-40177-cec
              Debtor
                                                 Chapter  13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 710,000.00 | | |
| B - Personal Property | Yes | 3 | $ 175,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 400,000.00 → plus interest and back payments | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 70,000.00 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 1,394.73 |
| TOTAL | | 15 | $ 885,000.00 | $ 400,000.00 plus back payments and interest | |

RECEIVED
2011 MAR 28 A 10:40
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

AMENDED

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re  Pamela Rdogers                ,
        Debtor

Case No.  1-11-40177-cec

Chapter  13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 201.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 87.83 |
| TOTAL | $ 288.38 |

**State the following:**

| Average Income (from Schedule I, Line 16) | $ 15,000.00 |
| --- | --- |
| Average Expenses (from Schedule J, Line 18) | $ 1,394.73 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 15,000.00 |

**State the following:**

| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| --- | --- | --- |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 0.00 |

B6A (Official Form 6A) (12/07)

AMENDED

In re **Pamela Rodgers**,          Case No. **1-11-40177-cec**
     Debtor                                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 33 Vanderbilt Ave. Brooklyn, NY 11205 | Owner | W | 710,000.00 | 400,000.00 plus interest and back payments |
| 570 Westminster Rd #B7 Brooklyn, NY 11230 | Owner | H | 375,000.00 | 0 |
| | | Total▶ | 1,085,000.00 | |

(Report also on Summary of Schedules.)

RECEIVED
2011 MAR 28 A 10:40
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

B 6B (Official Form 6B) (12/07)

AMENDED

In re Pamela Rodgers, Case No. 1-11-40177-cec
        Debtor                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | 65,000.00 cash  33 Vanderbilt Ave. Bklyn, NY | J | 65,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | 5,000.00 checking Chase Bank  Bklyn, NY | W | 5,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 50,000.00 33 Vanderbilt Ave. Bklyn, NY 11205 | J | 50,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | 10,000.00  33 Vanderbilt Ave Bklyn, NY | J | 10,000.00 |
| 7. Furs and jewelry. | | 20,000.00  33 Vanderbilt Ave. Bklyn, NY | J | 20,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |



B 6B (Official Form 6B) (12/07) -- Cont.

In re  Pamela Rodgers
            Debtor

Case No.  1-11-40177-cec
                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

In re **Pamela Rodgers** , Case No. **1-11-40177-cec**
        Debtor                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

AMENDED

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 25,000.00 cars. 33 Vanderbilt Ave. Bklyn, NY | J | 25,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                  __0__ continuation sheets attached   Total ▶    $    175,000.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

*AMENDED*

B 6D (Official Form 6D) (12/07)

**In re** Pamela Rodgers_____, **Case No.** 1-11-40177-cec_____
_____Debtor_____                      _____(If known)_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Emeido Tenteromano and Frank Tenteromano <br> 489 5th Av. NY, NY 11107 | | | Mortgage, 2004 <br> 33 Vanderbilt Ave <br> Bklyn, NY 11205 <br> 710,000.00 <br> VALUE $ | X | | | 400,000.00 <br> *plus interest and back payments* | 0.00 |
| ACCOUNT NO. <br> Nechadim Corp. <br> 291 Martin Ave. <br> Staten Island, NY 10314 | | | Co-signer on this Mortgage for 1172 Fulton St. Bklyn, NY 11216 <br> VALUE $ | | | X | 425,000.00 | 0.00 |
| ACCOUNT NO. <br> | | | <br> VALUE $ | | | | | |

__2__ continuation sheets attached

Subtotal ► (Total of this page) | $ 400,000.00 | $ 0.00
Total ► (Use only on last page) | $ *plus interest and back pay* | $ 0.00
 | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

RECEIVED
2011 MAR 28 A 10:40
NEW YORK
EASTERN DISTRICT OF
U.S. BANKRUPTCY COURT
CLERK

AMENDED

In re  Pamela Rodgers          ,          Case No.  1-11-40177-cec
         **Debtor**                                       (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶ (Total(s) of this page)   $          $

Total(s) ▶ (Use only on last page)   $ 400,000.00   $ 0.00

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

plus interest and back payments



B 6G (Official Form 6G) (12/07)

In re  Pamela Rodgers                    ,          Case No. 1-11-40177-cec
            Debtor                                                 (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Kamal Uddin<br>570 Westminster Rd. #B7<br>Brooklyn, NY 11230 | New York Residential Renter Lease<br>Coop owned by debtor's spouse, rent is included in the income of household. Lease is for residential real property. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B6I (Official Form 6I) (12/07)

AMENDED

In re  Pamela Rodgers                      ,          Case No.  1-11-40177-cec
           Debtor                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Spouse | AGE(S): 50 |
| **Employment:** | DEBTOR | SPOUSE |
| Occupation | Teacher | Marketing Consultant |
| Name of Employer | Dept. of Education | Style Heights Investments and Development |
| How long employed | 15 Years | 3 Years |
| Address of Employer | 85 Watkins St. Brooklyn, NY 11232 | 13 Abu Daoud El-Thahical Medinaat Nasser, Cairo, Egypt |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 6,000.00 | $ 7,000.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 6,000.00 | $ 7,000.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 633.00 | $ 0.00 |
| b. Insurance | $ 48.74 | $ 0.00 |
| c. Union dues | $ 20.00 | $ 0.00 |
| d. Other (Specify): _____ | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 701.74 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 5,318.26 | $ 7,000.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 2,000.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify):_____ | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify):_____ | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 2,000.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 5,318.26 | $ 9,000.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 14,318.26 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

**AMENDED**

B6J (Official Form 6J) (12/07)

In re **Pamela Rodgers**,     Case No. **1-11-40177-cec**
       Debtor                                                (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|    a. Are real estate taxes included?    Yes _____    No ✓ | |
|    b. Is property insurance included?    Yes _____    No ✓ | |
| 2. Utilities:    a. Electricity and heating fuel | $ 200.00 |
|                  b. Water and sewer | $ 50.00 |
|                  c. Telephone | $ 14.99 |
|                  d. Other _____ | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 300.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 80.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 151.00 |
|    b. Life | $ 0.00 |
|    c. Health | $ 48.74 |
|    d. Auto | $ 250.00 |
|    e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ 200.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 0.00 |
|    b. Other _____ | $ 0.00 |
|    c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$ 1,394.73** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
   a. Average monthly income from Line 15 of Schedule I     $ 14,318.26
   b. Average monthly expenses from Line 18 above     $ 1,394.73
   c. Monthly net income (a. minus b.)     $ 12,923.53

RECEIVED 2011 MAR 28 A 10:41 U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK CLERK